**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES of AMERICA** | * | **CIVIL ACTION** |
| **Plaintiff** | * | **NUMBER:  20-2952** |
| **v.** | * | **JUDGE** |
| **0.011 ACRES of LAND, MORE or LESS,** | * | **MAGISTRATE** |
| **SITUATE in PARISH of PLAQUEMINES** | | |
| **STATE of LOUISIANA, and** | * | **TRACT NO. 806E** |
| **BYRON L. MACKIE, ET AL** | | |
| | * | |
| **Defendants** | | |
| | * * * | |

## COMPLAINT IN CONDEMNATION

1.  This is an action of a civil nature brought by the United States of America for the taking of property, under its power of eminent domain, and for the ascertainment and award of just compensation to the parties in interest.

2.  The authority for the taking are set forth in Schedule "A" annexed hereto and made a part hereof.

3.  The uses for which the property is to be taken and the property to be taken, the estates to be taken and the names and addresses of the persons having or claiming an interest in said property are described in Schedules "B", "C", "D", "E", "F"and "G" annexed hereto and made a part hereof.

4.  Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

- 1 -

**WHEREFORE**, Plaintiff demands judgment that the property be condemned, and that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful and proper.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

*/s/ Glenn K. Schreiber*
GLENN K. SCHREIBER
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3093
Fax: (504) 680-3174
glenn.schreiber@usdoj.gov

SCHEDULE A

Tract No. 806E

**AUTHORITY FOR THE TAKING:**

The authority for the taking of said interest in land is under and in accordance with 40

U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a

Declaration of Taking; 33 U.S.C. §§ 591 and 594, which authorize the condemnation and taking

of immediate possession of land for river and harbor improvements for which provision has been

made by law; 33 U.S.C. § 701n, which authorizes the repair and rehabilitation of any flood

control work threatened or destroyed by flood; the Flood Control Act of 1962, Pub. L. No. 87-

874, § 203, 76 Stat. 1173, 1184, as amended, which authorized the hurricane flood protection

project on the Mississippi River Delta at and below New Orleans, Louisiana, now known as the

New Orleans to Venice Hurricane Protection Project; and Chapter 3 of Title I of Division B of

the Emergency Supplemental Appropriations to Address Hurricanes in the Gulf of Mexico, and

Pandemic Influenza Act, 2006, Pub. L. No. 109-148, 119 Stat. 2680, 2762-2763, which Act

made funds available for such purposes.

SCHEDULE B

<u>Tract No. 806E</u>

**PUBLIC USES:**

The public uses for which said interest in land is taken are as follows:

Said interest in land is necessary for the construction, repair and rehabilitation of the New Orleans to Venice Hurricane Protection Project, Westbank River Levee, Plaquemines Parish, Louisiana, and for such other uses as may be authorized by Congress or by Executive Order.

SCHEDULE C

Tract No. 806E

**LEGAL DESCRIPTION:**

**A CERTAIN TRACT OF LAND**, designated as Tract 806E together with any and all buildings, improvements and appurtenances thereon, located in Section 5, Township 18 South, Range 27 East, Plaquemines Parish, Louisiana, and being a portion of a right of way to be acquired to accommodate construction of the New Orleans to Venice Hurricane Protection Project, being more particularly described as follows:

For a POINT OF REFERENCE (P.O.R.), commence at the U. S. Corps of Engineers Buras Levee District baseline monument at Station 239+92.93, having coordinate values of x=3802501.6240 and y=360403.7651, thence run South 40 degrees, 56 minutes, 41 seconds East along said Buras Levee District baseline a distance of 180.11 feet to a point, thence run South 38 degrees, 33 minutes, 20 seconds West a distance of 48.54 feet to a point on the existing levee Right-of-Way, thence run South 43 degrees, 06 minutes, 43 seconds East along said Right-of-Way, a distance of 7.81 feet to the POINT OF BEGINNING (P.O.B.), having coordinate values of x=3802594.7345 and y=360224.0612.

From the POINT OF BEGINNING, run South 41 degrees, 02 minutes, 42 seconds East, a distance of 89.59 feet; thence run South 38 degrees, 32 minutes, 48 seconds West, a distance of 11.33 feet; thence run North 34 degrees, 06 minutes, 31 seconds West, a distance of 92.31 feet, to the point of beginning.

The above described tract **0.011 acres, more or less**.

Being a portion of the same property acquired by Byron L. Mackie, et al. by Judgment of Possession, in the Succession of Louise C. James, registered March 17, 1998 as COB 926, folio 1, Plaquemines Parish, Louisiana. And further acquired by Paula Smith Riley, et al. by Judgment of Possession, in the Succession of Bernice and Andrew Smith, registered March 27, 2002 as COB 1019, folio 786, Plaquemines Parish, Louisiana. And further acquired by Roxie W. Hull, et al. by Judgment of Possession, in the Succession of Emily W. Williams, registered June 10, 2005 as COB 1095, folio 19, Plaquemines Parish, Louisiana. And further acquired by Gladys Williamson Cosse, by Judgment of Possession, in the Succession of Mary and Nailor Williamson, registered July 29, 2008 as COB 1188, folio 845, Plaquemines Parish, Louisiana.

SCHEDULE D

Tract No. 806E

**PLAT OR MAP OF THE PROPERTY**



SCHEDULE E

<u>Tract No. 806E</u>

**ESTATE TAKEN:**

A perpetual and assignable right and easement to construct, maintain, repair, operate, patrol and replace a flood protection levee, including all appurtenances thereto; reserving, however, to the owners, their heirs and assigns, all such rights and privileges in the land as may be used without interfering with or abridging the rights and easement hereby acquired; subject, however, to existing easements for public roads, and highways, public utilities, railroads and pipelines.

SCHEDULE F

<u>Tract No. 806E</u>

**ESTIMATE OF JUST COMPENSATION:**

The estimated just compensation to be deposited in the Registry of the Court:  Seven Thousand One Hundred and no/100 dollars ($7,100).

SCHEDULE G

<u>Tract No. 806E</u>

**NAMES AND ADDRESSES OF INTERESTED PARTIES:**

Marilyn James Ragas
P.O. Box 434
Port Sulphur, Louisiana 70083

Delores James Antoine
11571 Royal Lane
Providence Forge, Virginia 23140

Melvina James Dobard
12730 Magnolia Leaf Street
Houston, Texas 70065

Paulette James Primm
P.O. Box 765
Port Sulphur, Louisiana 70083

Crystal Delone Trailer
111 Krieg Road
Youngsville, Louisiana 70592

Damon Delone
3934 Peachtree Court
New Orleans, Louisiana 70131

DeAngelo J. Delone
*aka* Jabbar Delone
3942 Front Street
Winnsboro, Louisiana 71295

April James
3127 Greenfield Road, Lot 192
Pearl, Mississippi 392085

Alicia James
10888 Buddy Ellis Road, Apt 90
Denham Springs, Louisiana 70726

Donella James Bridges
3127 Greenfield Road, Lot 192
Pearl, Mississippi 39208

Wayne James
506 Black Walnut Place
Hercules, California 94547

Alfred Byron James
12334 Sailmaker Lane
Frisco, Texas 75035

Bernard James
*aka* Barnard James
9954 Gibraltar Road
Oakland, California 94603

Brenda James Harris
2420 Foothill Avenue
Richmond, California 94804

Elaine James Ashworth
1237 102nd Avenue
Oakland, California 94603

John A. James
145 Woodlawn Road
Judsonia, Arkansas 72081

Anthony W. James
1272 Highway 258
Bald Knob, Arkansas 72010

Alicia M. Adkins
1272 Highway 258
Bald Knob, Arkansas 72010

Darrell James
1272 Highway 258
Bald Knob, Arkansas 72010

Jonetta M. James
134 Westwood Street
Vallejo, California 94591

Tinera R. James
2184 E. Hazelton Avenue
Stockton, California 95205

Byron L. Mackie
1216 Whispering Circle
Dallas, Texas 75241

Troy Mackie
19375 E. Linvale Place
Aurora, Colorado 80013

Alfred Mackie, III
7350 Nightingale #14
Holland, Ohio 43528

Vincent E. Mackie
4430 Chowen Avenue S., Apt 304
Minneapolis, Minnesota 55410

Madelyn E. Mackie
369 Bellevue Avenue #208
Oakland, California 94610

Lorna Gayle Mackie Edwards
2101 Sutherland Place
Harvey, Louisiana 70058

Cheryl Mackie Byrd
204 Club Parkway
Nashville, Tennessee 37221

Andrea James
319 26th Place
Manhattan Beach, California 90266

Lisa L. James
4110 East Sacaton Street
Phoenix, Arizona 85044

Cynthia James DeVore
717 Como Avenue
St. Paul, Minnesota 55103

Eleanor D. Henry
1675 Paul Morphy Street
New Orleans, Louisiana 70119

Evalena D. White
3619 Briar Rose Court
Pearland, Texas 77584

Cheryl D. Franks Jones
1675 Paul Morphy Street
New Orleans, Louisiana 70119

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Victor Encalade, Jr.
Address Unknown

Jerolie Encalade Chisom                                 Heir of Victor Encalade, Jr.
11247 Midpoint Drive
New Orleans, Louisiana A 70128

Alonda Encalade Mathews                                 Heir of Victor Encalade, Jr.
801 Hebron Parkway #10207
Lewisville, Texas 75057

Anthony B. Encalade                                     Heir of Victor Encalade, Jr.
11247 Midpoint Drive
New Orleans, Louisiana 70128

Mitchell V. Encalade                                    Heir of Victor Encalade, Jr.
11247 Midpoint Drive
New Orleans, Louisiana 70128

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate Dennis Encalade
*aka* Theodore D. Encalade
Address Unknown

Lena Mae Encalade                                       Heir of Theodore D. Encalade
124 Firethorn Drive                                     *aka* Dennis Encalade
Gretna, Louisiana 70056

Eva Encalade Smith
1216 Halfmoon Gate
Lake in the Hills, Illinois 60156

Bernadine Encalade Watts
421 Whitney Avenue
New Orleans, Louisiana 70114

Theodore C. Encalade
1627 River Oaks Drive
New Orleans, Louisiana 70131

Orelea Encalade Duncan
3817 Woodbriar Drive
Harvey, Louisiana 70058

Linda Encalade Davis
213 Firethorn Drive
Gretna, Louisiana 70056

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Warren Encalade
Address Unknown

Nolan Encalade
P.O. Box 722
Port Sulphur, Louisiana 70083

Bernetta L. Encalade Frazier
1410 Denmark Court
Slidell, Louisiana 70461

Darci D. Williamson
9710 Avenue K
Baton Rouge, Louisiana 70807

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Troy Patrick Ragas, Sr.
Address Unknown

Heir of Theodore D. Encalade
*aka* Dennis Encalade

Heir of Theodore D. Encalade
*aka* Dennis Encalade

Heir of Theodore D. Encalade
*aka* Dennis Encalade

Heir of Theodore D. Encalade
*aka* Dennis Encalade

Heir of Theodore D. Encalade
*aka* Dennis Encalade

Heir of Theodore D. Encalade
*aka* Dennis Encalade

Heir of Theodore D. Encalade
*aka* Dennis Encalade

Heir of Theodore D. Encalade
*aka* Dennis Encalade

Heir of Theodore D. Encalade
*aka* Dennis Encalade

Heir of Theodore D. Encalade
*aka* Dennis Encalade

Troy Patrick Ragas, Jr.
2624 Midden Drive
Marrero, Louisiana 70072

Heir of Theodore D. Encalade
*aka* Dennis Encalade

Trey Paul Ragas
2624 Midden Drive
Marrero, Louisiana 70072

Heir of Theodore D. Encalade
*aka* Dennis Encalade

Tahj Phillip Ragas
2624 Midden Drive
Marrero, Louisiana 70072

Heir of Theodore D. Encalade
*aka* Dennis Encalade

Ryan C. Parker
P.O. Box 362
Port Sulphur, Louisiana 70083

Heir of Theodore D. Encalade
*aka* Dennis Encalade

Cierra M. Parker
2906 Freret Street, Apt D
New Orleans, Louisiana 70115

Heir of Theodore D. Encalade
*aka* Dennis Encalade

Troy Michael Ragas
117 Pauls Lane
Port Sulphur, Louisiana 70083

Heir of Theodore D. Encalade
*aka* Dennis Encalade

Leroy Encalade
633 Clinebrook Drive
Gretna, Louisiana 70056

Heir of Theodore D. Encalade
*aka* Dennis Encalade

Hazel M. Espadron Haynes
1502 Juanita Avenue
Fort Pierce, Florida 34946

Augustine V. Espadron Lumar
11637 North Adams Court
New Orleans, Louisiana 70128

Veronica Espadron Simmons
8025 Curran Road
New Orleans, Louisiana 70126

Joyce M. Espadron Parker
P.O. Box 213
Port Sulphur, Louisiana 70083

Bernadette Williamson Gabriel
P.O. Box 245
Port Sulphur, Louisiana 70083

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Frances Williamson
Address Unknown

All Unknown Heirs, Legatees, Successors and Assigns                 Heir of Frances Williamson
having or claiming an interest in the
Estate of Donna Williamson Robinson Lytell
*aka* Donna Lightell
Address Unknown

Gerald Robinson, Jr.                                                Heir of Frances Williamson
716 Vans Lane
Destrehan, Louisiana 70047

Gerard Robinson                                                     Heir of Frances Williamson
DOC # 00475958
Madison Correctional Center
158 Treatment Plant Road
Tallulah, Louisiana 71282

All Unknown Heirs, Legatees, Successors and Assigns                 Heir of Frances Williamson
having or claiming an interest in the
Estate of Lisa Williamson Griffin
Address Unknown

Kevin Williamson, Sr.                                               Heir of Frances Williamson
140 Antonia Lane
Port Sulphur, Louisiana 70083

Blaine Williamson                                                   Heir of Frances Williamson
710 Franklin Avenue
Gretna, Louisiana 70053

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Lorraine Williamson Edgerson
Address Unknown

Cassandra Edgerson
*aka* Casandra Edgerson
Hessmer Avenue, Apt 316
Metairie, Louisiana 70002

Heir of Lorraine Williamson Edgerson

Erica E. Gaines
P.O. Box 684
Benton, Louisiana 71006

Heir of Lorraine Williamson Edgerson

Elton Edgerson, III
P.O. Box 185
Port Sulphur, Louisiana 70083

Heir of Lorraine Williamson Edgerson

Eldrich Edgerson
*aka* Eldridge Edgerson
P.O. Box 2616
Opelousas, Louisiana 75071

Heir of Lorraine Williamson Edgerson

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Ellis Joseph Edgerson
Address Unknown

Heir of Lorraine Williamson Edgerson

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Johnathan Peter Edgerson
*aka* Jonathan P. Edgerson
Address Unknown

Heir of Lorraine Williamson Edgerson

Jaron Edgerson
5501 Tullis Drive, Apt. 16-208
New Orleans, Louisiana 70131

Heir of Lorraine Williamson Edgerson

Dayshar Mackey
753 Carrollwood Village Drive, Apt. 21
Gretna, Louisiana 70056

Heir of Lorraine Williamson Edgerson

Bryce Edgerson
P.O. Box 1191
Port Sulphur, Louisiana 70083

Heir of Lorraine Williamson Edgerson

Cashare Edgerson                                    Heir of Lorraine Williamson Edgerson
*aka* Cashara Edgerson
*aka* Cashere Edgerson
2509 Johnston Street, Apt 612
Lafayette, Louisiana 70503

Jeovannah Edgerson                                  Heir of Lorraine Williamson Edgerson
1300 Ridgefield Avenue, Apt 906
Thibodaux, Louisiana 70310

All Unknown Heirs, Legatees, Successors and Assigns    Heir of Lorraine Williamson Edgerson
having or claiming an interest in the
Estate of Edward Edgerson
*aka* Herc Edgerson
Address Unknown

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Susie Mae Williamson Williams
Address Unknown

Stephanie M. Hinton                                 Heir of Susie Mae Williamson Williams
4333 Woodland Drive
New Orleans, Louisiana 70131

Enid J. Jones                                       Heir of Susie Mae Williamson Williams
2213 Breckenridge Drive
Harvey, Louisiana 70058

Roberto A. Williams                                 Heir of Susie Mae Williamson Williams
P.O. Box 433
Boothville, Louisiana 70038

Aimee Taylor                                        Heir of Susie Mae Williamson Williams
5108 Timberhaven Lane
New Orleans, Louisiana 70131

Harold Broussard
202 Stable Lane
Rayne, Louisiana 70578

Sapphire Guillory Williams
4719 Arthur Drive
New Orleans, Louisiana 70127

Sandra Guillory
2309 Alex Korman, Apt A
Harvey, Louisiana 70058

Shannon Guillory
1978 Hope Street, Apt A
New Orleans, Louisiana 70119

Kittie Williamson
1978 Hope Street, Apt A
New Orleans, Louisiana 70119

Lorna Williamson
12424 Steepleway Blvd., Apt 428
Houston, Texas 77065

Ebony M. Williamson Carter
2309 Pasadena Ave. Apt C
Metairie, Louisiana 70001

Cleo J. Williamson
1978 Hope Street, Apt A
New Orleans, Louisiana 70119

Sidney D. Williamson
2309 Pasadena Ave. Apt C
Metairie, Louisiana 70001

Jessica L. Williamson
2309 Pasadena Ave. Apt C
Metairie, Louisiana 70001

Theodore Joseph Williamson, Jr.
234 Hector Street #233
Arnaudville, Louisiana 70512

Christine Ann Williamson
P.O. Box 466
Port Sulphur, Louisiana 70083

Margie Williamson Foster
*aka* Margie Foster Smith
3719 Pittari Place
New Orleans, Louisiana 70131

John Clyde Williamson, II
713 Hinyub Avenue
New Orleans, Louisiana 70131

John Bruce Williamson
713 Hinyub Avenue, Apt. A
Gretna, Louisiana 70656

Haywood C. Williamson, Sr.
40070 Hwy 23
Buras, Louisiana 70041

Melia Williamson Wood
2203 Laurel Valley Drive
Laplace, Louisiana 70068

Gizelle Williamson Rankins
1327 H Street, Apt 329
Las Vegas, Nevada 89106

Taura Williamson
220 Wilkie Street, Apt 844
Lafayette, Louisiana 70506

Terry Williamson
P.O. Box 1084
Sunset, Louisiana 70584

Teryl Williamson
P.O. Box 1084
Sunset, Louisiana 70584

Linda Jones Espadron
122 Martin Lane
Port Sulphur, Louisiana 70083

Tommy Leo Jones, Jr.
19127 Mossy Hedge Lane
Katy, Texas 77449

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Monique Jones Myers
Address Unknown

Arielle M. Myers
3905 Delaware Avenue
Kenner, Louisiana 70065

Heir of Monique Jones Myers

Gregory Jones
1855 Boulevard De Province, Apt. 133
Baton Rouge, Louisiana 70816

Heir of Monique Jones Myers

Kendall C. Jones
8629 Vanderbilt Dr., Apt. 2501
Fort Worth, Texas 76120

Heir of Monique Jones Myers

Lisa E. Jones King
*aka* Lisa Jones Jacobs
10854 N. 60th Ave., Apt. 2155
Glendale, Arizona 85304

Faye D. Appleberry
440 Orchard Lane SE
Bolivia, North Carolina 28422

Torry Jones
1315 Behrman Avenue
New Orleans, Louisiana 70114

Rickey Jones
Address Unknown

Kentrell Stewart
3208 Newton Street
New Orleans, Louisiana 70114

Rene Stewart
Address Unknown

Johnny L. Williams
P.O. Box 1338
Port Sulphur, Louisiana 70083

Walter N. Williams
11651 West Barrington Drive
New Orleans, Louisiana 70128

Roxie Williams Hull
11651 West Barrington Drive
New Orleans, Louisiana 70128

Philip Scott Williamson, Sr.
P.O. Box 22
Port Sulphur, Louisiana 70083

Sidney Donald Williamson, Sr.
348 Timberwood Drive
Gretna, Louisiana 70056

Johnnie Ray Williamson
503 Lisa Drive
Donaldsonville, Louisiana 70346

Wanda Fay Williamson Smith
2408 Regency Place
Gretna, Louisiana 70056

Marie Elaine Williamson Jones
900 Fairfax Drive
Gretna, Louisiana 70056

Glen Edwin Williamson, Jr.
21034 Fox Walk Trail
Humble, Texas 77338

Brad Matthew Williamson
P.O. Box 656
Port Sulphur, Louisiana 70083

Gladys Williamson Cosse
1340 Flanders Street
New Orleans, Louisiana 70114

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of James Williamson
Address Unknown

Stella Williamson Marcelle                                          Heir of James H. Williamson
37095 Murphy Webb Avenue
Prairieville, Louisiana 70769

Jessie Williamson Gause                                    Heir of James H. Williamson
9710 Avenue K
Baton Rouge, Louisiana 70807

Harold James Williamson                                    Heir of James H. Williamson
20106 Niagara Falls Drive
Tomball, Texas 77375

Beverly Williamson Beauvais                                Heir of James H. Williamson
4600 W. Northgate Drive, Apt 74
Irving, Texas 75062

Stacy Agnes Williamson                                     Heir of James H. Williamson
4600 W. Northgate Drive, Apt 74
Irving, Texas 75062

Ruford Williamson
3941 Piedmont Drive
New Orleans, Louisiana 70122

Alvin Williamson, Jr.
3941 Piedmont Drive
New Orleans, Louisiana 70122

Ellery S. Williamson
2806 Game Lake Drive
Irving, Texas 75060

Max W. Williamson
3941 Piedmont Drive
New Orleans, Louisiana 70122

Richard Williamson
312 Arnaudville Road #12
Carencro, Louisiana 70520

Irvin P. Mack
4336 Summer Star Lane
Keller, Texas 76248

Mary Mack Brown
417 Melbrook Drive
Gretna, LA 70056

James Jeffery Manuel
401 Brandy Wine
Thibodaux, Louisiana 70301

Grachel Louise Manuel
5325 Joy Grace Drive
Haltom City, Texas 76137

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Octavia Williamson Turner
Address Unknown

Herman Steve Turner                                          Heir of Octavia Williamson Turner
20010 Glen Lake Drive
Spring, Texas 77388

Richard Charles Turner                                       Heir of Octavia Williamson Turner
2265 S. 200 East, Apt. 16
Salt Lake City, Utah 84115

All Unknown Heirs, Legatees, Successors and Assigns         Heir of Octavia Williamson Turner
having or claiming an interest in the
Estate of Nailor Turner
Address Unknown

All Unknown Heirs, Legatees, Successors and Assigns
having or claiming an interest in the
Estate of Edna Agnes Williamson Turner
Address Unknown

Irvin Turner, Jr.                                            Heir of Edna Agnes Williamson Turner
3385 LA 642 #164
Paulina, Louisiana 70763

Barry Turner                                                 Heir of Edna Agnes Williamson Turner
8491 Old Plank Road
Grand Blanc, Michigan 48439

Perry Turner                                                 Heir of Edna Agnes Williamson Turner
8491 Old Plank Road
Grand Blanc, Michigan 48439

Williamson Turner
19402 Franz Road
Houston, Texas 77084

Heir of Edna Agnes Williamson Turner

Edna Harvey
1623 Cottage Lane
Harvey, Louisiana 70058

Heir of Edna Agnes Williamson Turner

Tanna Barthelemy
1624 Timberland Estates Drive
Harvey, Louisiana 70058

Heir of Edna Agnes Williamson Turner

Claudette A. Smith
P.O. Box 1102
Port Sulphur, Louisiana 70083

Ruby Smith
P.O. Box 406
Port Sulphur, Louisiana 70083

Paula Jane Smith Riley
1018-G Trosclair Road
St. Martinville, Louisiana 70582

Nita Faye Smith Ragas
118 Nailor Lane
Port Sulphur, Louisiana 70083

Russell Smith
P.O. Box 788
Port Sulphur, Louisiana 70083

Kent Smith
2107 S. Village Green Street
Harvey, Louisiana 70058

Andrew Jeffery Smith
105 Big Apple Lane
St. Martinville, Louisiana 70582

Portfolio Recovery Associates, L.L.C.
Through its agent for service of process
Corporation Service Company
320 Somerulos Street
Baton Rouge, Louisiana  70802

Judgment Creditor of Linda J. Espadron
MOB 636/50 Plaquemines Parish, LA

American Thrift & Finance Plan, LLC
Through its agent for service of process
Howard C. Green
7813D Airline Drive
Metairie, Louisiana 70003

Judgment Creditor of Brad Williamson
MOB 685/488 Plaquemines Parish, LA

Unknown Owners

President
Plaquemines Parish Government
8056 Highway 23, Suite 308
Belle Chasse, Louisiana 70037

Commandeering Authority

Sheriff & Ex-Officio Tax Collector
Parish of Plaquemines
8022 Highway 23
Belle Chasse, Louisiana  70037

Taxing Authority

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | 0.011 Acres of Land, more or less, situated in Plaquemines Parish, Louisiana, and Byron L. Mackie, et al |

**(b)** County of Residence of First Listed Plaintiff   Orleans
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Plaquemines
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Glenn K. Schreiber, AUSA   650 Poydras St., Suite 1600
U.S. Attorney's Office   New Orleans, LA 70130
Eastern District of Louisiana   504-680-3093

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
     Plaintiff

☐ 3   Federal Question
     *(U.S. Government Not a Party)*

☐ 2   U.S. Government
     Defendant

☐ 4   Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**

☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**TORTS**

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Management Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent - Abbreviated New Drug Application
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
☒ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Rule 71A, Fed.R.Civ.P. and the 5th Amendment of the Constitution per 28 USC Sec. 1345

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE           DOCKET NUMBER

DATE
10/30/2020

SIGNATURE OF ATTORNEY OF RECORD
/s/ Glenn K. Schreiber

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked**.**  (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.** **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.